Ryan L. Isenberg, Pro Hac Vice
ISENBERG & HEWITT, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

David N. Lake, State Bar No. 180775
LAW OFFICES OF DAVID N. LAKE,
 A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ECOPUR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE JKT FINANCIAL GROUP, LLC, <br><br> Defendant. | Case No.: 2:22-cv-01665-DMG-MAR <br><br> **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO RETAIN JURSIDCTION TO ENFORCE SETTLEMENT AGREEMENT** |

NOTICE OF SETTLEMENT

1

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to good faith negotiations between Plaintiff Ecopur, Inc. ("Plaintiff") and Defendant The JKT Financial Group, LLC ("Defendant"), this entire action has been settled in all respects by written agreement of the Parties (the "Settlement Agreement"), contingent on the Parties' full performance under the Settlement Agreement.

The Parties request that the Court vacate all pending deadlines, hearings, and the trial set by the Scheduling And Case Management Order Re Court Trial (Doc. #24) and stipulate to the Court retaining jurisdiction for the purposes of enforcing the terms of the Parties' Settlement Agreement pending the filing, by the Parties, of a stipulation for dismissal of the Complaint which stipulation is estimated to be filed in May, 2023, upon full performance of all obligations by the Parties per the Settlement Agreement.

Dated: March 21, 2023            By: _____
                                 ECOPUR, INC.
                                 By: Steve Schneid as President of
                                 Ecopur, Inc.

Dated: March 24, 2023            By: _____
                                 The JKT Financial Group, LLC
                                 By: James Jones as President of
                                 The JKT Financial Group, LLC

NOTICE OF SETTLEMENT

2