1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9
10                           CENTRAL DISTRICT OF CALIFORNIA
11                                    WESTERN DIVISION
12

13  ECOPUR, INC.,                         | Case No.: CV 22-1665-DMG (MARx)
14          Plaintiff,
15                                        | **ORDER DISMISSING**
16  vs.                                   | **COMPLAINT [FRCP 41(a)(1)(A)(ii)]**
                                          | **[28]**
17  THE JKT FINANCIAL GROUP, LLC,
18
19          Defendant.

1

The Court, having considered the Stipulation for Dismissal of the Complaint entered into by and between Plaintiff Ecopur, Inc. and Defendant The JKT Financial Group, LLC, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved; and
2. The above-captioned action is dismissed **with** prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: April 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE